IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:09-500-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LORUNZY JACKSON | ) | |
| _____ | ) | |

This matter is before the court upon defendant's motion for a reduction of sentence filed pursuant to 18 U.S.C. § 3582. The motion is based on Amendment 750 to the United States Sentencing Guidelines regarding crack cocaine offenses.

The government has responded in opposition to the motion noting that Jackson is not entitled to any such reduction as her sentence was based solely upon cocaine and marijuana drug weights and did not contain any crack cocaine calculations. Further, the defendant was not convicted of a crack cocaine offense. Thus, there is no disparity that would entitle the defendant to a reduction on the basis of Amendment 750.

Accordingly, the defendant's motion for a reduction of his sentence (ECF No. 792) is denied.

IT IS SO ORDERED.

November 9, 2011  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge