IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:09-500-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ADRIAN CIENFUEGOS AGUIRRE | ) | |
| | ) | |
| _____ | ) | |

This court previously entered a discovery protective order in this case which followed the format used in this District for several years. A committee of prosecutors and defense attorneys formulated a new discovery disclosure order, a copy of which was also entered in this case on November 21, 2011. It appears that certain discovery has already been provided to the defendant under the terms of the original order. To avoid confusion, the court hereby vacates the disclosure order filed on November 21, 2011 (ECF No. 800), leaving in place the originally filed discovery protective order in this case (ECF No. 277 - Amended Protective Order).

IT IS SO ORDERED.

November 22, 2011  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge