IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:09-500-JFA |
|---|---|---|
| v. | ) | ORDER |
| FREDIBERTO PINEDA | ) | |

For good cause shown, the government's motion to extend time (ECF No. 829) to respond to the defendant's motion under 28 U.S.C. § 2255 is granted. The response shall be due 30 days from the date the government receives an affidavit from the defendant's former counsel and/or any transcripts which have been ordered by the government.

Former counsel for the defendant, Robert Hallman, is directed to prepare and furnish to the government an affidavit and any supporting documentation in response to the allegations of ineffective assistance of counsel raised by the defendant in his § 2255 motion.

IT IS SO ORDERED.

May 3, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge